# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| STORY OF STUFF PROJECT, and COURAGE CAMPAIGN INSTITUTE,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES FOOD AND DRUG ADMINISTRATION<br><br>Defendant. | Civil Action No. 1:17-CV-01358 |

## STIPULATION OF SETTLEMENT AND DISMISSAL

In this case brought under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, Defendant United States Food and Drug Administration ("Defendant") and Plaintiffs, Story of Stuff Project and Courage Campaign Institute ("Plaintiffs") (collectively "the Parties"), by and through their respective counsel, hereby stipulate and agree as follows:

1. The Parties do hereby agree to settle and compromise the above-entitled action under the terms and conditions set forth herein.

2. Defendant shall pay Plaintiffs a lump sum of $8,500 dollars and zero cents ($8,500.00) in full satisfaction of any and all claims by Plaintiffs for attorneys' fees, expenses and costs in connection with this case.

3. Defendant will pay such attorneys' fees and costs via an electronic transfer of funds to a bank account that Plaintiffs will specify. Upon filing the Stipulation of Settlement and Dismissal, the Parties will promptly complete and transmit the documentation necessary

to effectuate this payment.

4.      Plaintiffs agree to forever discharge, release, and withdraw all claims presented in this case, including all claims related to Plaintiffs' FOIA requests discussed in, and forming the basis for, their complaint( i.e., FOIA Request numbers 2017-2977 and 2017-5736). However, it is agreed that this Stipulation of Settlement and Dismissal shall not in any respect limit or otherwise preclude Plaintiffs from filing any new FOIA requests seeking information or records related to those records sought by Plaintiffs in the FOIA requests at issue in this action, and shall not otherwise effect or limit Plaintiffs' rights with respect to any other FOIA requests, seeking information similar to the information requested in FOIA Request numbers 2017-2977 and 2017-5736. The Parties also hereby acknowledge and agree that some of the information currently redacted and withheld by Defendant in response to Plaintiffs' FOIA requests at issue in this action may potentially become subject to release at a future date. Should such information become subject to release, due to the passage of time or any changed circumstances, this Stipulation of Settlement and Dismissal does not foreclose Plaintiffs from requesting that information in any future FOIA request(s). Defendant agrees not to seek any fees from Plaintiffs in connection with its response to the FOIA requests that gave rise to the Complaint in this case.

5.      This Stipulation of Settlement and Dismissal shall represent full and complete satisfaction of all claims arising from the allegations set forth in the Complaint filed in this action, including full and complete satisfaction of all claims for costs, attorneys' fees, search, review, or processing fees that have been, or could be, made in this case.  In particular, this Stipulation of Settlement and Dismissal shall include all claims for attorneys' fees and costs, as well as search, review, and processing fees incurred by either Party in connection with the

administrative FOIA process, the District Court litigation process, and any other proceedings involving the claims raised in this action.

6.  This Stipulation of Settlement and Dismissal shall not constitute an admission of liability or fault on the part of the Defendant or the United States or their agents, servants, or employees, and both Parties have entered into this stipulation for the sole purpose of compromising disputed claims and avoiding the expenses and risks of further litigation.  This Stipulation of Settlement and Dismissal is understood not to preclude or prevent Plaintiffs from seeking through the FOIA or other means records not sought in the FOIA request that gave rise to this action.

7.  This Stipulation of Settlement and Dismissal shall be binding upon and inure to the benefit of the parties hereto and their respective successors and assigns.

8.  The parties agree that this Stipulation of Settlement and Dismissal will not be used as evidence or otherwise in any pending or future civil or administrative action against Defendant or the United States, or any agency or instrumentality of the United States.

9.  Execution and filing of this Stipulation of Settlement and Dismissal by counsel for Plaintiffs and by counsel for Defendant shall constitute a dismissal of this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

10.  This Stipulation of Settlement and Dismissal may be executed in counterparts as if executed by both parties on the same document.  A facsimile or other duplicate of a signature shall have the same effect as a manually-executed original.

12. This Court may retain jurisdiction for the sole purpose of enforcing this Stipulation.

Respectfully submitted this 11th day of October, 2017.

Respectfully Submitted,

/s/Matt Kenna
MATT KENNA
Public Interest Environmental Law and of Counsel,
Western Environmental Law Center
679 E. 2nd Ave., Suite 11B
Durango, CO  81301
(970) 749-9149
matt@kenna.net

*Counsel for Plaintiffs*

JESSIE K. LIU
D.C. BAR # 472845
United States Attorney for the District of Columbia

DANIEL F. VAN HORN
 D.C. BAR # 924092
Civil Chief

By:     /s/Benton Peterson
BENTON G. PETERSON,
Assistant United States Attorney
U.S. Attorney's Office
555 4th Street, N.W. - Civil Division
Washington, D.C. 20530
(202) 252-2534